

**FILED**

DEC 10 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RAY BRUMMETT, JR., | Case No. 1:19-cv-00906-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE MELVIN RAY BRUMMETT, JR., CDCR #V-29100 |
| S. MICHAUD, | |
| Defendant. | |

A settlement conference in this matter commenced on December 10, 2019. Inmate Melvin Ray Brummett, Jr., CDCR #V-29100 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

DATE: 12/10/19

_____
UNITED STATES MAGISTRATE JUDGE

1.